UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>aka GARY FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY TUCKER, et al.,<br><br>    Defendants. | Case No. 15-cv-00649-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Gary Dale Barger's allegations in this federal civil rights action are based on events that occurred in Ventura County, which lies in the Central District. This action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, there. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 31, 2015



WILLIAM H. ORRICK
United States District Judge